**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1121**

PHILLIP O'BRIANT,

          Plaintiff - Appellant,

     v.

SHERRI RENNER; STEVE MIDGE,

          Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:18-cv-01324-GLR)

Submitted: March 6, 2019           Decided: March 13, 2019

Before MOTZ, AGEE, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Phillip O'Briant, Appellant Pro Se. Suzanne W. Decker, MILES & STOCKBRIDGE, PC, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip O'Briant seeks to appeal the district court's order granting the motion to dismiss his claims against one of the Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that O'Briant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the motion to dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*